FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 FEB 29 AM 10: 39

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH RAMON SANDERS, )
)
    Petitioner, )
)
v. ) CASE NOS. CV409-197
)           CV495-123
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 35.) After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioners Motion to Dismiss (Doc. 34) is **GRANTED** and his 28 U.S.C. § 2255 Petition (Doc. 23) is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of February 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA